UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-62447-CIV-MARTINEZ-BECERRA

JORJE ALMEIDA,

    Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Dept. of Corrections,

    Respondent.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendant Jorje Almeida's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 ("Petition"). (ECF No. 7.) Judge Becerra filed a Report and Recommendation ("R&R"), recommending that the Writ of Habeas Corpus be denied. (ECF No. 17.) Defendant filed objections to the R&R ("Objections"). (ECF No. 18.) The Court, having conducted a *de novo* review of the record and the issues presented in the Objections, agrees with Magistrate Judge Becerra that the Petition must be denied. The Court overrules the Objections, (ECF No. 18).

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that

    1.    United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 17), is **AFFIRMED AND ADOPTED**.

    2.    The Petition, (ECF No. 1), is **DENIED**. The Clerk is **DIRECTED** to mark this case as **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of March, 2024.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record